

**RIVKIN RADLER** LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.C

BARRY I. LEVY
PARTNER
(516) 357-3149
barry.levy@rivkin.com

December 31, 2013

**By ECF**
Honorable Frederic Block
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **Government Employees Ins. Co., et al., v. Uptown Health Care Management, Inc., et al.**
      **Docket No. CV 11-1453 (FB)(RLM)**

Dear Judge Block:

I write on behalf of the parties to advise the Court that counsel have agreed to a modification of the briefing schedule on the Defendants' present motion to dismiss and/or compel arbitration.  We would respectfully request that the Court approve the following modification:

1.  Plaintiffs' papers in opposition to Defendants' motion – February 10, 2014 (previously January 6, 2014); and

2.  Defendants' reply papers – February 24, 2014 (previously January 20, 2014).

The Court's attention to this request is appreciated.

Respectfully submitted,

RIVKIN RADLER LLP

*Barry I. Levy*

Barry I. Levy

BIL/lg

cc:   Edward Blodnick, Esq.

926 RXR Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212 687 9044

21 Main Street ● Court Plaza South
West Wing ● Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201 489 0495